# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
DEC 28 2022
At _____
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Shawn Marshall
[You are the PLAINTIFF, print your full name on this line.]

v.

Chaplain Croto
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:22cv399
[For a new case in this court, leave blank. the court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Chaplain Croto | Miami Correctional 3038 W. 850 South Bunker Hill, In. 46914 |
| 2 | [Put the names of any other defendants in these boxes.] Mike Gapski | Miami Correctional 3038 W. 850 South Bunker Hill, In. 46914 |
| 3 | Warden Hyatt | Miami Correctional 3038 W. 850 South Bunker Hill, In. 46914 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? __Miami Correctional Facility, 3038 W. 850 South, Bunker Hill, In. 46914__
3. Did the event you are suing about happen there? ⦿ Yes. ◯ No, it happened at: _____
4. On what date did this event occur? __April 4, 2022__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. On April 4, 2022 I was waiting for my morning meal to be brought to me by the Staff so that I could start my Fast for the month of Ramadhan. When the Officer brought the morning meals to the other Muslim inmates I was told that I had been removed from the Ramadhan List. I asked the Officer who removed me from the Ramadhan list and he said Chaplain Croto had me removed due to a Conduct Report that I had received from Officer J. Baker. So I was forced to eat with the Regular Population because I had nothing to eat. So later that day I spoke with Chaplain Croto and he said that I had been denied to finish my Fast because I had been given a Conduct Report by Officer J. Baker. I advised Chaplain Croto that it was only the second day of Ramadhan and I had not been found guilty of a Conduct

Claims and Facts (continued)

Report due to any incident during Ramadhan. He told me that I could File a Grievance, but I would not be put back on the Ramadhan list per Warden Hyatt. So I Filed a grievance to Mike Gapski who never answered my Grievance. So on April 20, 2022 I Filed a second Grievance and yet I still never got a response back which violated my Due Process Rights. So I wrote a letter to Warden Hyatt with my concerns about being denied the Right to Practice my religion and He also never responded back either. So for 28 days I was forced to eat meals during the Daylight hours because I was not given my morning meal before Sunrise and I was not given a meal after Sunset.

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ⦿ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⦿ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ◯ No, this event is not greivable at this prison or jail.
   - ⦿ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was greivable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release-date.]

   I Am ASKing that Knowone is denied the right to Practice their religion And I'm ASKing For $250,000.

[Initial Each Statement]

S.M   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
S.M   I will keep a copy of this complaint for my records.
S.M   I will promptly notify the court of any change of address.
S.M   I WILL NOT send more than one copy of any filing to the court.
S.M   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
S.M   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 12/20/20 22 at 8:00 am/⦿pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Shawn E. Marshall_                                       218555
Signature                                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]